IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ISRAEL BACA,

    Petitioner,

v.                                                                                  Civ. No. 20-cv-886 KG-JHR
                                                                                     CR. No. 18-cr-3067 KG-JHR

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

THIS MATTER is before the Court on Petitioner Israel Baca's Motion of Notice and Request, [Doc. 4], filed January 4, 2021. Having thoroughly reviewed the parties' submission and the relevant law, the Court grants the Motion.

On August 31, 2020, Petitioner filed a Motion to Vacate Convictions Under 28 U.S.C. § 2255. [Doc. 1]. Respondent was ordered to Answer by January 15, 2021. [Doc. 3]. On January 4, 2021, Petitioner filed the Motion of Notice and Request currently before the Court. [Doc. 4].

In the current Motion, Petitioner notified the Court that he intends to file a Motion for Leave to Supplement and Amend his § 2255 motion. [Doc. 4, p. 3]. Petitioner asks the Court to stay the proceedings and order Respondent to only answer after Petitioner filed his supplement. [Doc. 4, pp. 2-3]. Petitioner requests a stay due to USP Florence's response to the COVID-19 pandemic which includes, among other things, limitations on Petitioner's ability to access the law library. [Doc. 4, pp. 2, 7].

Courts have inherent authority to, among other things, regulate their docket and promote judicial efficiency. *Martinez v. IRS*, 744 F.2d 71, 73 (10th Cir. 1984). In the interest of justice and in light of Petitioner's current lack of access to the law library, the Court grants Petitioner's Motion of Notice and Request.

**IT IS THEREFORE ORDERED** that Petitioner's Motion of Notice and Request [Doc. 4] is GRANTED as follows: Petitioner may file an amended petition on or before February 8, 2021; Respondent shall file an answer on or before March 10, 2021.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE