IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ISRAEL BACA,

    Petitioner,

v.                                                                        Civ. No. 20-cv-886 KG-JHR
                                                                       CR. No. 18-cr-3067 KG-JHR

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

THIS MATTER is before the Court on United States' Motion for Extension of Time, [Doc. 6], filed January 15, 2021. United States requests this Court to extend its answer deadline to February 15, 2021. [*Id.*]. The Court already extended United States' answer deadline to March 10, 2021, pursuant to the Order filed January 6, 2021. [Doc. 5]. Therefore, the Court will deny the current Motion as moot.

**IT IS THEREFORE ORDERED** that United States' Motion for Extension of Time [Doc. 6] is **DENIED AS MOOT**.

                                                                 _____
                                                                 JERRY H. RITTER
                                                                 UNITED STATES MAGISTRATE JUDGE