IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ISRAEL BACA,**

        **Petitioner,**

v.                                            CV. No. 5:20-cv-00886 KG-JHR
                                          CR. No. 18-cr-3067 KG

**UNITED STATES OF AMERICA,**

        **Respondent.**

## **ORDER GRANTING IN PART PETITIONER'S MOTION FOR EXTENSION OF TIME**

Before me is Petitioner's Motion for an Extension of Time to Reply to Proposed Findings and Recommended Disposition on Application to Vacate Sentence under 28 U.S.C. § 2255 [Doc. 20] ("Motion"). Petitioner also filed a Confirmation on Motion for Extension of Time to Reply [Doc. 21] ("Confirmation"). For the reasons below, I will grant the Motion in part.

Petitioner's Motion, mailed on March 8, 2023, and filed on March 13, 2013, requests a sixty-day extension to file objections to the Proposed Findings and Recommended Disposition ("PF&RD"). [Doc. 20]. Petitioner states that he could not timely file his objections in the fourteen-day period after the PF&RD because his prison facility was on modified lockdown during that time which prevented Petitioner from accessing the prison library. *Id.* at 1. Petitioner called the Clerk's Office to advise of this obstacle on March 2, 2023. *See* ("Court Only" docket text). The Government did not file a response to the Motion. The day after a response would have been due, Petitioner filed his Confirmation. The Confirmation cites a recent Supreme Court case, *United States v. Taylor*, 145 S. Ct. 2015 (2022) concerning whether an attempt crime constitutes a crime of violence under for purposes of his § 924(c) conviction. [Doc. 21].

I will grant Plaintiff's request for an extension to file objections to the PF&RD. However, I will not grant sixty new days. Objections were originally due on February 27, 2023, with three

extra days for service by mail. [Doc. 19]. Because Petitioner received mail service of the PF&RD, his original objections deadline was March 2, 2023 (the day he called the clerk's office). *See id.* Consequently, twenty-nine days have passed his original objections deadline expired. Rule 72 of the Federal Rules of Civil Procedures allows fourteen days for a party to lodge objections to a magistrate judge's recommended disposition. Fed. R. Civ. P. 72. Therefore, I will grant Petitioner fourteen days from entry of this Order to file his objections; in combination with whatever time he has not been in lockdown since the PF&RD was served, Petitioner will have more than adequate time to provide his objections. An additional extension is unlikely.

**IT IS THEREFORE ORDERED** that the Motion for Extension [Doc. 20] is **GRANTED** in part and denied in part. Petitioner is **GRANTED** an extension to file objections but **DENIED** sixty days to do so.

**IT IS FURTHER ORDERED** that Petitioner shall file his objections to the PF&RD with the Court **by close of business on Friday, April 14, 2023.**

**IT IS SO ORDERED.**

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE